UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 CR 413-IEG |
| Plaintiff | ) | CRIMINAL NO. 08MJ321 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Mayorquin - Escobedo et al., | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted~~ / ~~Case Disposed~~ / Order of Court).

Jorge Ignacio Aguilera - Coronado

DATED: 2/19/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
                DUSM

W. SAMUEL HAMRICK, JR.    Clerk

by _____
        Deputy Clerk