FRED BROWNE, Esq; SBN: 38524
LAW OFFICES OF FRED BROWNE
8939 South Sepulveda Blvd. Suite 235
Los Angeles, Ca. 90045
Tel: (310)410-0543
Fax: (310)410-0207

Attorney for Defendant, HECTOR MAYOROQUIN

FILED
APR 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br><br>v.<br><br>HECTOR MAYOROQUIN,<br><br>Defendant(s) | CASE NUMBER:<br>08-CR-0413 - IEG<br><br>**SUBSTITUTION OF ATTORNEY** |

HECTOR MAYOROQUIN                    ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

hereby substitutes  FRED BROWNE, Esq.                              38524            who is
                                                              *State Bar Number*

☒ Retained Counsel  ☐ Court Appointed Counsel  ☐ Pro Per   8939 S. Sepulveda Blvd., Suite 235
                                                                  *Street Address*

Los Angeles, Ca. 90045                  (310)410-0543         (310)410-0270         as attorney
*City, State, Zip Code*                 *Telephone Number*    *Facsimile Number*

of record in the place and stead of  CRIS CROSS, Esq.
                                        *Present Attorney*

Dated: 3/7/08                            Hector Mayoroquin
                                         HECTOR  *Signature of Party* MAYOROQUIN

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 3/7/08                            X _____
                                         *Signature of Present Attorney*  CROSS / Cris Kronr

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 3/7/08                            _____
                                         *Signature of New Attorney*

Substitution of Attorney is hereby ☒ Approved.  ☐ Denied.

Dated: 3/11/2008                         _____
                                         United States ~~District~~ Judge
                                                 MAGISTRATE

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (10/01)