1    KAREN P. HEWITT
     United States Attorney
2    DAVID D. LESHNER
     Assistant United States Attorney
3    Federal Office Building
     880 Front Street, Room 6293
4    San Diego, California 92101-8893
     Telephone: (619) 557-7163
5    Email: david.leshner@usdoj.gov

6    Attorneys for Plaintiff
     United States of America

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0413-IEG |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| HECTOR MAYORQUIN-ESCOBEDO (1), | ) | |
| | ) | |
| JUAN RAMON ESQUIVAS-SALOMON (2), | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

16

17   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18        I, the undersigned attorney, enter my appearance as counsel for the United States in the above-

19   captioned case.  I certify that I am admitted to practice in this court or authorized to practice under

20   CivLR 83.3.c.3-4.

21        The following government attorneys (who are admitted to practice in this court or authorized

22   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23   counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

24   activity in this case:

25        Name

26        None

27   / / /

28   / / /

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5    <u>Name</u>

6    None

7    Please call me at the above-listed number if you have any questions about this notice.

8

9    DATED: March 26, 2008                    Respectfully submitted,

10                                            KAREN P. HEWITT
                                             United States Attorney
11
                                             /s/ David D. Leshner
12                                           _____
                                             DAVID D. LESHNER
13                                           Assistant United States Attorney

14                                           Attorneys for Plaintiff
                                             United States of America
15

16

17

18

19

20

21

22

23

24

25

26

27

28                                           2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

1
2
3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-CR-0413-IEG |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| HECTOR MAYORQUIN-ESCOBEDO (1), ) | |
| ) | |
| JUAN RAMON ESQUIVAS-SALOMON (2), ) | |
| ) | |
| Defendants. ) | |

4
5
6
7
8
9
10

IT IS HEREBY CERTIFIED THAT:

I, David D. Leshner, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance as counsel for the United States on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Carl Kandel, Esq.

Donald Nunn, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2008.

/s/ David D. Leshner
DAVID D. LESHNER

3